Arthur B. Reddington, Appellant, *v.* Ætna Life Insurance Company, Respondent.

Argued January 13, 1943; decided March 4, 1943.

*Meyer Fix* and *Joseph P. Hogan* for appellant.

*Daniel E. Macken* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.